Argued and submitted April 28, affirmed November 2, 1994

STATE OF OREGON,
*Respondent,*

*v.*

TRAVIS EUGENE DAVIS,
*Appellant.*

(92-CR-944; CA A79002)

884 P2d 588

Steven V. Humber, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Kaye E. Sunderland, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Affirmed. ORS 138.222(2)(d); *State v. Adams,* 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn,* 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston,* 120 Or App 165, 851 P2d 1156, *rev den* 317 Or 272 (1993).